UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REYBOL,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB, et al.,<br><br>Defendants. | Case No. 25-cv-02512-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 4 |

On March 13, 2025, Plaintiff Arcelio Joseph Reybol filed his complaint and application to proceed in forma pauperis ("IFP"). The Court, however, found that Plaintiff's IFP application was incomplete. Specifically, Plaintiff had not fully answered or provided coherent answers to question number(s) 1, 2, 5, or 9. For example, Plaintiff failed to identify his last place of employment or gross and net salary and wages, instead stating he received "Over 70,000 £s?" and "gross weight." For question 2, Plaintiff identified various sources of money but fails to state the amount of money received from each source. For question 5, Plaintiff stated he owns a house, but puts the estimated market value as "Financial Crisis 2005" and amount of mortgage as "?" Finally, for question 9, Plaintiff identified who he owes debts to, but not the amount owned for each debt.

Accordingly, on March 21, 2025, the Court denied Plaintiff's IFP application with leave to amend. (Dkt. No. 4.) The Court ordered Plaintiff to submit an amended and complete IFP application or pay the filing fee by April 10, 2025. (*Id.* at 2.) To date, Plaintiff has not filed an amended IFP application or paid the filing fee. Accordingly, the Court ORDERS Plaintiff to show cause, by **May 30, 2025**, why the case should not be dismissed for failure to comply with the Court's order by: (1) filing an amended and complete IFP application or paying the filing fee, and

(2) explaining why Plaintiff did not comply with the Court's order. Failure to comply will result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: May 15, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge